M. P. No. 78-237. National Education Association— Chariho *v.* Rhode Island Board of Regents for Education

*et al.* The petition for writ of certiorari is denied. Mr. Justice Joslin did not participate. *Natale L. Urso, Thomas J. Liguori, Jr.,* for petitioner. *Breslin, Sweeney & Gordon, David F. Sweeney,* for Chariho School Committee, for respondent.

